UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

SM MERGER/ARBITRAGE, L.P. et al.,

                      Plaintiffs,

        -v-

BRISTOL-MYERS SQUIBB COMPANY et al.,

                      Defendants.

:      21-CV-8255 (JMF)

------------------------------------------------------------------------X

TARA WILLIAMS, *on behalf of herself and all others similarly situated*,

                      Plaintiff,

        -v-

BRISTOL-MYERS SQUIBB COMPANY et al.,

                      Defendants.

:      21-CV-9998 (JMF)

:      ORDER

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has accepted *Williams v. Bristol Myers Squibb Company et al.*, No. 21-CV-9998, as related to *SM Merger/Arbitrage L.P. et al v. Bristol-Myers Squibb Company et al.*, No. 21-CV-8255.

       In the interests of judicial economy, counsel for the parties in both cases are directed to confer with one another and, no later than **December 8, 2021**, to submit a joint letter addressing the parties' positions on how the Court should proceed with the new case, including whether the cases should be consolidated, *see* Fed. R. Civ. P. 42; whether there is a need for a conference to discuss coordination of the two cases (or anything else); and anything else the parties think appropriately bears on the Court's management of the cases going forward.

2

Unless and until the Court orders otherwise, the deadlines in 21-CV-8255 (*see* Docket No. 40) remain in effect.  It is further ORDERED that the defendants in 21-CV-9998 shall promptly serve a copy of this Order on the plaintiff and file proof of service on the docket.

      SO ORDERED.

Dated: December 1, 2021
      New York, New York
                                    JESSE M. FURMAN
                                 United States District Judge