UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SM MERGER/ARBITRAGE, L.P. et al.,                           :
:
                       Plaintiffs,                      :      21-CV-8255 (JMF)
:
    -v-                                                            :
:
BRISTOL-MYERS SQUIBB COMPANY et al.,           :
:
                       Defendants.                    :
:
------------------------------------------------------------------------X
:
EHAB KHALIL, *on behalf of himself and all others*  :
*similarly situated*,                                                    :
:      21-CV-10351 (JMF)
                       Plaintiff,                         :
:
    -v-                                                            :      <u>ORDER</u>
:
BRISTOL-MYERS SQUIBB COMPANY et al.,           :
:
                       Defendants.                    :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has accepted *Khalil v. Bristol-Myers Squibb Company et al.*, No. 21-CV-10351, as related to *SM Merger/Arbitrage L.P. et al v. Bristol-Myers Squibb Company et al.*, No. 21-CV-8255.

       In the interests of judicial economy, counsel for the parties in both cases are directed to confer with one another and, no later than **December 13, 2021**, to submit a joint letter addressing the parties' positions on how the Court should proceed with the new case, including whether the cases should be consolidated, *see* Fed. R. Civ. P. 42; whether there is a need for a conference to discuss coordination of the two cases (or anything else); and anything else the parties think appropriately bears on the Court's management of the cases going forward.

Unless and until the Court orders otherwise, the deadlines in 21-CV-8255 (*see* Docket No. 40) remain in effect.  It is further ORDERED that the plaintiffs in 21-CV-10351 shall promptly serve a copy of this Order on the defendants and file proof of service on the docket.

SO ORDERED.

Dated: December 7, 2021
       New York, New York

JESSE M. FURMAN
United States District Judge

2