UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SM MERGER/ARBITRAGE, L.P., *on behalf of* :
*themselves and all others similarly situated*, et al., :
: 21-CV-8255 (JMF)
Plaintiffs, :
:
:
-v- :
:
BRISTOL-MYERS SQUIBB COMPANY et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On October 6, 2021, Plaintiff filed a putative class action on behalf of former Celgene shareholders that received Contingent Value Rights ("CVRs") in exchange for their Celgene shares pursuant to Bristol Myers' acquisition of Celgene on November 20, 2019. ECF No. 1. The complaint alleges violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 and Rule 14a-9 promulgated thereunder.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

It is hereby ORDERED that **no later than December 10, 2021**, Plaintiffs shall advise the Court in writing of the date and manner in which it published this notice.

SO ORDERED.

Dated: December 7, 2021      _____
New York, New York                    JESSE M. FURMAN
                                                   United States District Judge