UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
       :
SM MERGER/ARBITRAGE, L.P. et al.,      :
       :
                Plaintiffs,      :      21-CV-8255 (JMF)
       :
    -v-      :
       :
BRISTOL-MYERS SQUIBB COMPANY et al.,      :
       :
                Defendants.      :
       :
------------------------------------------------------------------------X
       :
EHAB KHALIL, *on behalf of himself and all others*      :
*similarly situated*,      :
       :      21-CV-10351 (JMF)
                Plaintiff,      :
       :
    -v-      :      ORDER
       :
BRISTOL-MYERS SQUIBB COMPANY et al.,      :
       :
                Defendants.      :
       :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 6, 2021, Plaintiffs SM Merger/Arbitrage, L.P. et al. filed a complaint in 21-CV-8255. On December 3, 2021, Plaintiff Ehab Khalil filed a similar complaint in 21-CV-10351. On December 7, 2021, the Court directed the parties to address whether consolidation would be appropriate. (21-CV-8255, Docket No. 68; 21-CV-10351, Docket No. 12). Both Plaintiffs requested that the Court consolidate the actions. (21-CV-8255, Docket No 75; 21-CV-10351, Docket No. 15). As the above-captioned actions involve common questions of law and fact and Plaintiffs agree that consolidation is appropriate, it is hereby ordered that pursuant to

Rule 42(a)(2) of the Federal Rules of Civil Procedure, they are consolidated under the case number 21-CV-8255.  The motion deadlines and the hearing date in appointing a lead plaintiff will proceed as previously ordered.  (21-CV-8255, Docket No. 71).

It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants and file proof of service on the docket.

The Clerk of court is directed to consolidate 21-CV-8255 and 21-CV-10351 under case number 21-CV-8255, and to close 21-CV-10351.

SO ORDERED.

Dated: December 14, 2021
      New York, New York

_____
JESSE M. FURMAN
United States District Judge